# In the United States Court of Federal Claims

No. 21-953
(Filed: January 5, 2024)

```
*************************************
MANITOU ISLAND TRANSIT, LLC,         *
                                     *
                Plaintiff,           *
                                     *
         v.                          *
                                     *
THE UNITED STATES,                   *
                                     *
                Defendant.           *
*************************************
```

## ORDER

    On January 3, 2024, the parties filed a joint status report, apprising the Court of their settlement negotiations. [ECF 52]. The defendant requires additional time "to obtain supervisory approval prior to executing a settlement agreement," *id.* at 1, and the parties request a 30-day stay for this purpose. *Id.* The parties also propose submitting a status report on or before February 2, 2024. *Id.* at 1-2.

    For good cause shown, the case **SHALL REMAIN STAYED**, and the parties **SHALL FILE** a joint status report **on or before February 2, 2024**.

    **IT IS SO ORDERED.**

                                                      s/ Thompson M. Dietz
                                                      THOMPSON M. DIETZ, Judge