# In the United States Court of Federal Claims

No. 21-953

(Filed: April 9, 2024)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MANITOU ISLAND TRANSIT, LLC,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

On April 8, 2024, the parties filed a joint status report, apprising the Court of the status of their informal settlement negotiations. [ECF 64]. The parties state that "government counsel has obtained supervisory approval for a proposed settlement agreement," and the parties thus request "an additional 10 days to finalize and execute the settlement agreement and to prepare a notice of voluntary dismissal." *Id.* at 1.

For good cause shown, the case **SHALL REMAIN STAYED**, and the parties **SHALL FILE** a joint status report or, alternatively, a notice of dismissal **on or before April 18, 2024**.

      **IT IS SO ORDERED.**

                                            s/ Thompson M. Dietz
                                            THOMPSON M. DIETZ, Judge