## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| MANITOU ISLAND TRANSIT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-953 C |
| | ) | Judge Thompson M. Dietz |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate to dismissal of this action with prejudice, and with no court-ordered attorney fees, expenses, or costs.

Respectfully submitted,

/s/ Douglas E. Fierberg by Bailor Bell
Douglas E. Fierberg, Esq. – Attorney of Record
Bailor Bell, Esq. – Of Counsel
THE FIERBERG NATIONAL LAW
GROUP, PLLC
201 E. 17th Street, Suite A
Traverse City, MI  49684
dfierberg@tfnlgroup.com
bbell@tfnlgroup.com
Telephone: (231) 933-0180
Facsimile: (231) 252-8100

Attorneys for Plaintiff Manitou Island Transit, LLC

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

|  |  |
|---|---|
|  | PATRICIA M. McCARTHY<br>Director<br><br>/s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
| Of Counsel:<br>COLLEEN M. BURNIDGE<br>Attorney-Advisor<br>Office of the Solicitor<br>Rocky Mountain Region<br>Department of the Interior<br>755 Parfet St., Suite 151<br>Lakewood, CO 80215 | /s/ Ebonie I. Branch<br>EBONIE I. BRANCH<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:  (202) 353-7578<br>Facsimile: (202) 305-7644 |
| April 18, 2024 | Attorneys for Defendant |